TIMOTHY C. HEWITT, Appellant, v COUNTY OF CHAUTAUQUA et al., Respondents. [60 NYS3d 883]—Appeal from an order of the Supreme Court, Chautauqua County (Frank A. Sedita, III, J.), entered September 8, 2016. The order granted the motions of defendants for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Plaintiff commenced this action seeking damages for injuries he allegedly sustained when he was struck by the metal head of a rake while at the transfer station owned by defendant County of Chautauqua. We affirm the order for reasons stated in the decision at Supreme Court. We write only to note that plaintiff failed to address in his brief that part of the order granting the individual defendants' motion for summary judgment, and thus we do not review that part of the order. Present—Carni, J.P., Lindley, NeMoyer, Curran and Troutman, JJ. 